## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. <br> d/b/a ROSEBUD PLM, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 10-404 (GMS) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that Adobe Systems Incorporated's time to answer, move, or otherwise respond to the Complaint in this action shall be extended to and including November 29, 2010.

The extension is requested to give the parties an opportunity to continue their attempts to resolve this matter or for Adobe Systems Incorporated to respond to the Complaint. The requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

Respectfully submitted,

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By /s/ Richard D. Kirk<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>Tel: (302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | By /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2010.

_____
United States District Judge

989496 / 35676