IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. d/b/a ROSEBUD PLM, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 10-404 (GMS) |
| v. | )<br>) |
| ADOBE SYSTEMS INCORPORATED, | )<br>) |
| Defendant. | ) |

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS on May 14, 2010, Rosebud LMS, Inc. d/b/a Rosebud PLM ("Rosebud") filed the above-captioned action against Adobe Systems Incorporated ("Adobe") asserting, among other claims, infringement of United States Patent No. 7,454,760 (the "'760 Patent") against Adobe products having the Collaborate Live feature, which consist of Adobe Acrobat 9 and Acrobat X (the "Adobe Products") (the "Patent Claim");

WHEREAS, Adobe has at all times denied the Patent Claim;

WHEREAS, Adobe, through its counsel, has represented that the Adobe Products do not infringe any claim of the '760 Patent because, among other reasons, events are not discarded during a user session by the Adobe Products and, specifically, neither time stamps nor any other numerical values in the Adobe Products are used for the purpose of discarding events;

WHEREAS, Adobe has made available Collaborate Live source code (the "CL Code") for review by Rosebud's retained expert under a Stipulated Protective Order (the "Protective Order," attached hereto as Exhibit A) for the purpose of demonstrating that it does not infringe the '760 Patent and Adobe represented through its counsel that the other source code related to Acrobat X functions with respect to collaboration in substantially the same manner as the CL Code, such that events are not discarded during a user session by Acrobat X and, specifically,

neither time stamps nor any other numerical values in Acrobat X are used for the purpose of discarding events;

WHEREAS, in the above-captioned action Rosebud also asserted claims against Adobe for Violation of Rosebud End User License Agreement (EULA), Conversion/Theft of Ideas and Patent Title, Unjust Enrichment, Fraudulent Misrepresentation, and Correction of Inventorship Under 35 U.S.C. § 256 (collectively, the "Non-Patent Claims");

WHEREAS, Adobe has also at all times denied the Non-Patent Claims.

NOW, THEREFORE, based on and in reliance on the above, Rosebud and Adobe stipulate that:

1. All claims in this action are dismissed without prejudice.
2. Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.
3. Each party shall, within 60 days of entry of this Order, a) destroy all CONFIDENTIAL and CONFIDENTIAL – ATTORNEYS' EYES ONLY material Pursuant to Paragraph 36 of the Protective Order, b) destroy any notes or other materials created pursuant to Paragraph 18 of the Protective Order.
4. The parties waive any right of appeal from this Stipulation and Order.
5. Adobe agrees that it will not bring any cause of action against Rosebud arising out of the filing or dismissal of either the Patent Claim or Non-Patent Claims.

Respectfully submitted,

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By */s/ Richard D. Kirk* <br> Richard D. Kirk (#922) <br> Stephen B. Brauerman (#4952) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> Tel: (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com | By */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED this 29th day of Nov., 2010.

_____
U.S.D.J.

991047/35676